1  *Law Offices of*
   **DENNIS P. BLOCK & ASSOCIATES**
2  **DENNIS P. BLOCK**
   **5437 Laurel Canyon Blvd., Second Floor**
3  **Valley Village, CA 91607**
   **(323) 938-2868   (323) 938-6069**
4  **State Bar Number 70194**

5  Attorney for Unlawful Detainer Plaintiff                     JS - 6

6                     **UNITED STATES DISTRICT COURT**

7                     **CENTRAL DISTRICT OF CALIFORNIA**

8

9  THOMAS H. RUFF,                )   CASE NUMBER: 2:16-CV-07032-BRO-SSx
                                  )
10        Plaintiff,              )   ORDER
                                  )
11 vs.                            )
                                  )
12 SANDRA G. WILRIDGE; CLAY       )
   SHUFORD; MARK MOORE; and       )
13 DOES 1 through 10, inclusive.  )
                                  )
14        Defendants.             )
                                  )
15                                )
                                  )
16 _____ )

17 On September 28, 2016, THOMAS H. RUFF filed an ex parte application for an Order to remand to

18 state court.  After submission of evidence, memoranda and argument,

19     **IT IS ORDERED** that the case is remanded to Los Angeles Superior Court, Pasadena, State

20 of California, case number 16F03446.

21

22     Dated: September 30, 2016         _____

23                                       Judge of the United States District Court

24

25

26

27

28

                                         1